# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

05 ~ 1 0 7 7 5 ~REK

CIVIL ACTION NO.

MAGISTRATE JUDGE _____

| | |
|---|---|
| **GENETRIZ BORGES LAMB,** | ) |
| **Plaintiff** | ) |
| **v.** | ) |
| | ) |
| **ALBERTO GONZALES, U.S. Attorney General;** | ) |
| **U.S. DEPARTMENT OF HOMELAND SECURITY;** | ) |
| **and U.S. CITIZENSHIP AND IMMIGRATION** | ) |
| **SERVICES,** | ) |
| **Defendants.** | ) |

RECEIPT # 63604
AMOUNT $250
SUMMONS ISSUED 40
LOCAL RULE 4.1 ____
WAIVER FORM ____
MCF ISSUED ____
BY DPTY. CLK ____
DATE 4/18/05

## PLANTIFF'S ORIGINAL COMPLAINT FOR
## WRIT OF MANDAMUS

This action is brought by the Plaintiff, Genetriz Borges Lamb, against the Defendants to compel action on a waiver of grounds of excludability and application to adjust status properly filed by the Plaintiff. The applications are within the jurisdiction of the Defendants who have improperly withheld action on said applications to the Plaintiff's detriment.

### PARTIES

1.    The Plaintiff, **Genetriz Borges Lamb** is a 55 year old native and citizen of Brazil who last entered the United States as a tourist on September 25, 1999. The Plaintiff currently resides at 9 Davis Road, Apartment C-16, Acton, Massachusetts with her U.S. Citizen husband.

2.    The Defendant, **Alberto Gonzales**, is being sued in his official capacity as the Attorney General of the United States. In this capacity, he is responsible for the administration of the immigration laws, pursuant to 8 U.S.C., section 1103, and he possesses extensive discretionary powers to grant certain relief to aliens. More specifically, the Attorney General is responsible for the adjudication of waivers of grounds of inadmissibility pursuant to section 212 of the

Immigration and Nationality Act ("INA"), 8 U.S.C. section 1182, and applications to adjust

status pursuant to section 245 of the INA, 8 U.S.C. section 1426. The U.S. Citizenship and

Immigration Services is an agency within the Department of Justice to whom the Attorney

General's authority has in part been delegated, and is subject to the Attorney General's

supervision.

3.      The Defendants, **Department of Homeland Security (hereinafter "DHS") and the**

**U.S. Citizenship and Immigration Services (hereinafter "CIS")** are the agencies responsible

for enforcing the Immigration and Nationality Act ("INA") and for adjudication of the

applications filed by the Plaintiff.

## JURISDICTION

4.      Jurisdiction in this case is proper under 28 U.S.C. sections 1331 and 1361, 5 U.S.C.

section 701 et seq., and 28 U.S.C. section 2201 et seq. Relief is requested pursuant to said

statutes.

## VENUE

5.      Venue is proper in this court, pursuant to 28 U.S.C. section 1391(e), in that this is an

action against officers and agencies of the United States in their official capacities, brought in the

District where a Defendant resides and where a substantial part of the events or omissions giving

rise to the Plaintiff's claim occurred. More specifically, the Plaintiff's waiver of grounds of

excludability and application to adjust status were properly filed and, to the Plaintiff's

knowledge, remain pending with the CIS office in Boston, Massachusetts.

## EXHAUSTION OF REMEDIES

6.      The Plaintiff has exhausted her administrative remedies. The Plaintiff and her husband

attended an interview regarding the request for a waiver of grounds of excludability and

2

application to adjust status in November 2003.  To date, the Plaintiff has not received a decision or response from the CIS on either application.

## CAUSE OF ACTION

7.    The Plaintiff last entered the United States on September 25, 1999 as a visitor.  On December 21, 2001, the Plaintiff married Earl Tyson Lamb, a United States Citizen.  On or about April 1, 2003, the Plaintiff's husband filed a visa petition on her behalf together with an application to adjust status, a request for a waiver of grounds of excludability and the appropriate filing fees.  (Copies of the visa petition, application to adjust status, request for waiver of grounds of excludability and some supporting documents are attached hereto as Exhibit A).  On November 4, 2003, the Plaintiff, her husband and their attorney attended an interview in connection with those applications at the CIS office in Boston.  At the conclusion of the interview, the Exams Officer approved the visa petition but failed to make a decision on the application to adjust status or the waiver request. In support of the waiver, the Plaintiff's husband explained to the Officer that he and members of his family had served in the U.S. military and that he would suffer an extreme hardship if his wife's application to adjust status was not approved. Although the Officer suggested she might request additional evidence in order to decide the case, no such request has been made.

8.    On February 19, 2004, counsel for the Plaintiff sent a letter to CIS inquiring about the status of the case and requesting that the Exams Officer issue a Form I-72 if she indeed required additional evidence to adjudicate the case. (A copy of the status letter is attached hereto as Exhibit B).  The CIS did not respond to counsel's inquiry.  On October 11, 2004, counsel sent a second letter to inquire about the status of the case and to request that the Officer contact the

3

attorney's office if she needed more evidence to reach a decision. (A copy of the second status letter is attached hereto as Exhibit C). Again, CIS failed to respond to counsel's inquiry.

9.      Counsel for the Plaintiff has made numerous inquiries with the CIS in an effort to compel the CIS to adjudicate the Plaintiff's application to adjust status and waiver of grounds of excludability. However, as of the date of this filing, the CIS has failed to adjudicate the Plaintiff's applications. Meanwhile, the Plaintiff and her U.S. Citizen spouse have suffered constant anxiety and have put their lives on hold pending the resolution of her case. The Plaintiff and her husband want to travel in and out of the United States and the Plaintiff wishes to become a U.S. citizen. Moreover, the Plaintiff has missed out on important family events and special occasions in Brazil. The Plaintiff and her husband live with uncertainty and uneasiness on a daily basis because the Plaintiff's case remains undecided.

10.      The Defendants, in violation of the Administrative Procedures Act, 5 U.S.C. section 701 et seq., are unlawfully withholding or unreasonably delaying action on Plaintiffs' applications and have failed to carry out the adjudicative functions delegated to them by law with regard to the Plaintiff's case. The Plaintiff is entitled to a decision on her application to adjust status and request for a waiver of grounds of excludability and demands that the Defendants adjudicate those applications. This action is filed to obtain a Court order requiring the Defendants to decide the Plaintiff's case.

## **PRAYERS FOR RELIEF**

WHEREFORE the Plaintiff respectfully prays that this honorable Court enter an order:

(a)      requiring the Defendants to adjudicate the Plaintiff's request for waiver of grounds of excludability and application to adjust status;

(b)      awarding the Plaintiff all costs and reasonable attorney's fees associated with this matter; and

4

(c)    granting such other relief at law and in equity as justice may require.


**Respectfully submitted,**
**Genetriz Borges Lamb**
**By her attorneys,**


**Anthony Drago, Esq. (BBO#552437)**
**Elizabeth A. Smith, Esq. (BBO#657228)**
**Anthony Drago, Jr., P.C.**
**35 India Street**
**Boston, MA 02110**
**(617) 357-0400**


5

# ANTHONY DRAGO, JR., P.C.*

35 INDIA STREET
2ND FLOOR
BOSTON, MASSACHUSETTS 02110

TELEPHONE: 617-357-0400

FACSIMILE: 617-357-8353

*Also admitted in New York

April 1, 2003

**IN HAND - ATTORNEY DROP BOX**
Department of Homeland Security
Bureau of Citizenship and Immigration Services
J.F.K. Federal Building - Government Center
Boston, MA 02203

Re:  **Forms I-130/I-485 - Applications to Adjust Status- U.S. Citizen Petitioner**
     **Petitioner:    Earl Lamb (USC Petitioner)**
     **Beneficiary:  Genetriz B. Lamb - A73-156-783**

Dear Sir/Madam:

Enclosed please find Form I-130 filed by Earl Lamb, a U.S. citizen, for his wife, Genetriz B. Lamb. I have also enclosed Form I-485 for Mrs. Lamb and a G-28 for each individual plus a copy of the beneficiary's Passport with entry stamp confirming that she is eligible to adjust her status under INA section 245(a). Please note Mrs. Lamb has an alien registration number from a prior case.

The supporting documentation includes the marriage certificate and divorce decrees for both the petitioner and the beneficiary, letter of no record regarding Mrs. Lamb's prior marriage, birth certificates for the couple, family photos, and medical report for the applicant. I have also enclosed Forms I-181 and G-325 together with office check in the amount of $555.00 for all forms and for Mrs. Lamb's fingerprints. The application is also supported by Form I-864, Affidavit of Financial Support, from the sponsor plus three years tax returns and other financial information. Finally, I have enclosed Form I-601 with an Affidavit from the petitioner regarding extreme hardship. Mrs. Lamb requires the waiver for her prior submission to the INS.

Kindly notify this office of the date for the interview and for my client to have her fingerprints taken and also provide me with an approval notice for the I-765 and a fee receipt for all forms. I have enclosed a self addressed envelope for your convenience. Thank you for your attention to this matter.

Sincerely,

Anthony Drago

U.S. Department of Justice
Immigration and Naturalization Service

OMB #1115-0054

# Petition for Alien Relative

| DO NOT WRITE IN THIS BLOCK - FOR EXAMINING OFFICE USE ONLY | | |
|---|---|---|
| A# | Action Stamp | Fee Stamp |

Section of Law/Visa Category
- [ ] 201(b) Spouse - IR-1/CR-1
- [ ] 201(b) Child - IR-2 CR-2
- [ ] 201(b) Parent - IR-5
- [ ] 203(a)(1) Unm S or D - F1-1
- [ ] 203(a)(2)(A) Spouse - F2-1
- [ ] 203(a)(2)(A) Child - F2-2
- [ ] 203(a)(2)(B) Unm. S or D - F2-4
- [ ] 203(a)(3) Married S or D - F3-1
- [ ] 203(a)(4) Brother/Sister - F4-1

Petition was filed on: _____ (priority date)
- [ ] Personal Interview     [ ] Previously Forwarded
- [ ] Pet.  [ ] Ben. "A" File Reviewed   [ ] I-485 Filed Simultaneously
- [ ] Field Investigation    [ ] 204(g) Resolved
- [ ] 203(a)(2)(A) Resolved   [ ] 203(g) Resolved

Remarks:

## A. Relationship    You are the petitioner; your relative is the beneficiary.

| 1. I am filing this petition for my: | 2. Are you related by adoption? | 3. Did you gain permanent residence through adoption? |
|---|---|---|
| [X] Husband/Wife  [ ] Parent  [ ] Brother/Sister  [ ] Child | [ ] Yes  [X] No | [ ] Yes  [X] No |

## B. Information about you

| C. Information about your relative |

| 1. Name (Family Name in CAPS)  (First)  (Middle) |
|---|
| LAMB    Earl    Tyson |

| 1. Name (Family Name in CAPS)  (First)  (Middle) |
|---|
| LAMB    Genetriz    Borges |

2. Address (Number and Street)    (Apt. No.)
9 Davis Road    C-16

(Town or City)    (State/Country)    (ZIP/Postal Code)
Acton    MA    01720

2. Address (Number and Street)    (Apt. No.)
9 Davis Road    C-16

(Town or City)    (State/Country)    (ZIP/Postal Code)
Acton    MA    01720

3. Place of Birth (Town or City)    (State/Country)
Key West, Florida, USA

3. Place of Birth (Town or City)    (State/Country)
Ipameri    Goias    Brazil

| 4. Date of Birth (Month/Day/Year) | 5. Gender | 6. Marital Status |
|---|---|---|
| 01/29/1966 | [X] Male  [ ] Female | [X] Married  [ ] Single  [ ] Widowed  [ ] Divorced |

| 4. Date of Birth (Month/Day/Year) | 5. Gender | 6. Marital Status |
|---|---|---|
| 10/30/1949 | [ ] Male  [X] Female | [X] Married  [ ] Single  [ ] Widowed  [ ] Divorced |

7. Other Names Used (including maiden name)
None

7. Other Names Used (including maiden name)
Genetriz Borges de Carvalho

8. Date and Place of Present Marriage (if married)
12/21/2001    Acton, MA

8. Date and Place of Present Marriage (if married)
12/21/2001    Acton, MA

| 9. Social Security Number (if any) | 10. Alien Registration Number |
|---|---|
| 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 | USC |

| 9. Social Security Number (if any) | 10. Alien Registration Number |
|---|---|
| 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 | 73-156-783 |

| 11. Name(s) of Prior Husband(s)/Wive(s) | 12. Date(s) Marriage(s) Ended |
|---|---|
| Tracy D'Angelo | 07/02/1999 |

| 11. Name(s) of Prior Husband(s)/Wive(s) | 12. Date(s) Marriage(s) Ended |
|---|---|
| De Carvalho    Jose | 11/19/1993 |

13. If you are a U.S. citizen, complete the following:

My citizenship was acquired through (check one):
- [X] Birth in the U.S.
- [ ] Naturalization. Give certificate number, date and place of issuance.
- [ ] Parents. Have you obtained a certificate of citizenship in your own name?
  - [ ] Yes. Give certificate number, date and place of issuance.  [ ] No

14a. If you are a lawful permanent resident alien, complete the following:   Date and place of admission for, or adjustment to, lawful permanent residence and class of admission.

14b. Did you gain permanent resident status through marriage to a United States citizen or lawful permanent resident?
- [ ] Yes  [ ] No

13. Has your relative ever been in the U.S.?    [X] Yes  [ ] No

14. If your relative is currently in the U.S., complete the following:
He or she last arrived as a: Visitor - B2
(visitor, student, stowaway, without inspection, etc.)

| Arrival/Departure Record (I-94) | Date arrived (Month/Day/Year) |
|---|---|
| 894005018 06 | 09/25/1999 |

Date authorized stay expired, or will expire, as shown on Form I-94 or I-95    03/24/2000

15. Name and address of present employer (if any)
Self-Employed    Various Locations, MA

Date this employment began (Month/Day/Year)
09/1999

16. Has your relative ever been under immigration proceedings?
- [X] No  [ ] Yes   Where _____   When _____
- [ ] Removal  [ ] Exclusion/Deportation  [ ] Recission  [ ] Judicial Proceedings

INITIAL RECEIPT _____ RESUBMITTED _____ RELOCATED: Rec'd _____ Sent _____ COMPLETED: Appv'd ____ ___ Denied _____ Ret'd _____

Form I-130 (Rev. 06/05/02) Y

## C. Information about your relative (continued)

**17. List husband/wife and all children of your relative.**

| (Name) | | (Relationship) | (Date of Birth) | (Country of Birth) |
|--------|--------|----------------|-----------------|--------------------|
| Earl | Lamb | Husband | 01/29/1966 | USA |
| Britteny | Lamb | StepDaughter | 02/17/1995 | USA |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**18. Address in the United States where your relative intends to live.**

| (Street Address) | (Town or City) | (State) |
|------------------|----------------|---------|
| 9 Davis Road C-16 | Acton | MA |

**19. Your relative's address abroad (Include street, city, province and country)**

| | | | | Phone Number (if any) |
|--|--|--|--|----------------------|
| Rua 55 Building 40, No. 403 | Goiana | Goias | Brazil | 011-644644110467 |

**20. If your relative's native alphabet is other than Roman letters, write his or her name and foreign address in the native alphabet.**

(Name)    Address (Include street, city, province and country):

**21. If filing for your husband/wife, give last address at which you lived together(Include street, city, province, if any, and country):**

| | | From: (Month) (Year) | To: (Month) (Year) |
|--|--|----------------------|---------------------|
| 9 Davis Road C-16 | Acton, MA | 05/2002 | Present |

**22. Complete the information below if your relative is in the United States and will apply for adjustment of status**

Your relative is in the United States and will apply for adjustment of status to that of a lawful permanent resident in the office of the Immigration and Naturalization Service in ___Boston___ ___MA___. If your relative is not eligible for adjustment of status, he or she
(City)                    (State)

will apply for a visa abroad at the American consular post in _____
(City)                    (Country)

NOTE: Designation of an American embassy or consulate outside the country of your relative's last residence does not guarantee acceptance for processing by that post. Acceptance is at the discretion of the designated embassy or consulate.

## D. Other information

**1. If separate petitions are also being submitted for other relatives, give names of each and relationship.**

N/A

**2. Have you ever filed a petition for this or any other alien before?**    ☐ Yes   ☒ No
If "Yes", give name, place and date of filing and result.

**WARNING:** INS investigates claimed relationships and verifies the validity of documents. INS seeks criminal prosecutions when family relationships are falsified to obtain visas.

**PENALTIES:** By law, you may be imprisoned for not more than five years or fined $250,000, or both, for entering into a marriage contract for the purpose of evading any provision of the immigration laws. In addition, you may be fined up to $10,000 or imprisoned up to five years, or both, for knowingly and willfully falsifying or concealing a material fact or using any false document in submitting this petition.

**YOUR CERTIFICATION:** I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit that I am seeking.

## E. Signature of petitioner

Date 2/6/03    Phone Number 978-263-7376

## F. Signature of person preparing this form, if other than the petitioner.

I declare that I prepared this document at the request of the person above and that it is based on all information of which I have any knowledge.

Print Name   Anthony Drago, Esq.    Signature _____    Date 3/24/03

Address   35 India Street, Boston, MA 02110    G-28 ID or VOLAG Number, if any.

Form I-130 (Rev. 06/05/02) Y Page 2

Town Clerk and
Collector of Taxes

One Main Street    ◆    P.O. Box 308    ◆    Ayer, Massachusetts 01432

The Commonwealth of Massachusetts
DEPARTMENT OF PUBLIC HEALTH
REGISTRY OF VITAL RECORDS AND STATISTICS

State file number

Ayer
City or town where marriage

**CERTIFICATE OF MARRIAGE**

Registered No. 40

1. Place of Marriage
City or Town: ACTON
(Do not enter name of village or section of city or town)

2. Date of Marriage: December 21, 2001    Intention No. 40
(Month)    (Day)    (Year)

| | GROOM | | BRIDE |
|---|---|---|---|
| 11. FULL NAME | Earl Tyson Lamb | 12. FULL NAME | Genetriz Borges DeCarvalho |
| 3A. SURNAME AFTER MARRIAGE | Lamb | 12A. SURNAME AFTER MARRIAGE | Lamb |
| 4. DATE OF BIRTH / 5. OCCUPATION | Jan. 29, 1966 / Electrical Engineer | 13. DATE OF BIRTH / 14. OCCUPATION | Oct. 30, 1949 / Office Asst. |
| 7. RESIDENCE NO & ST | 123 Littleton Rd. #15 | 15. RESIDENCE NO. & ST | 123 Littleton Rd. #15 |
| CITY/TOWN | Ayer    ST MA  ZIP CODE 01432 | CITY/TOWN | Ayer    ST MA  ZIP CODE 01432 |
| NUMBER OF MARRIAGE 1st, 2nd, 3rd etc. | 2nd    WIDOWED OR DIVORCED: Divorced | 16. NUMBER OF MARRIAGE 1st, 2nd, 3rd etc. | 2nd    17. WIDOWED OR DIVORCED: Divorced |
| 9. BIRTHPLACE | Key West    Florida | 18. BIRTHPLACE | Ipameri Goias Brasil |
| City or town | (State or country) | City or town | (State or country) |
| 10. MAIDEN NAME OF MOTHER | Susan Martha Curtis | 19. MAIDEN NAME OF MOTHER | Iraci Borges |
| NAME OF FATHER | Earl Tyler Lamb Jr. | 20. NAME OF FATHER | Heitor Vitorino Monteiro |

21. THE INTENTION OF MARRIAGE by the above-mentioned persons was duly entered by me in the records of the Commonwealth at Ayer according to law, this 15th day of Nov. , 01
Name of City or Town
COURT WAIVER Issued November 20 , 2001 by Ann S. Callahan
(Month)    (Day)    (Year)    City or Town Clerk or Registrar
No./ORDER

22. I HEREBY CERTIFY that I solemnized the marriage of the above-named persons at West Acton Baptist Church — if marriage was solemnized in a church give its NAME instead of street and number
Acton on December 21, 2001
(Month)    (Day)    (Year)
Signature Jeffrey L. Long - Middleton    Member of the Clergy, Priest, Rabbi or Justice of the Peace etc.
Print or type name: Jeffrey Long - Middleton
Address 270 Central St. Acton, MA 01720-2415

23. Certificate recorded by city or town clerk December 26, 2001    Ann G. Callahan
(Month)    (Day)    (Year)    CLERK OR REGISTRAR

I, the undersigned, hereby certify that I am the Town Clerk in the Town of Ayer, MA, That as such I have custody of the records of births, marriages and deaths required by law to be kept in my office, and I do hereby certify that the above is a true copy from said records.

Witness my hand and seal of the Town of Ayer on this 9th day of May, 2002

Lauri J. Rosas
Town Clerk, Asst Town Clerk

OMB No. 1115-0053

U.S. Department of Justice
Immigration and Naturalization Service

# Form I-485, Application to Register Permanent Residence or Adjust Status

## START HERE - Please Type or Print

### Part 1. Information about you.

| | | |
|---|---|---|
| Family Name **LAMB** | Given Name **Genetriz** | Middle Initial **Borges** |

Address - C/O

| | |
|---|---|
| Street Number and Name **9 Davis Road** | Apt. # **C-16** |

City **Acton**

| | |
|---|---|
| State **MA** | Zip Code **01720** |

| | |
|---|---|
| Date of Birth (month/day/year) **10/30/1949** | Country of Birth **Brazil** |

| | |
|---|---|
| Social Security # **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** | A # (if any) **73-156-783** |

| | |
|---|---|
| Date of Last Arrival (month/day/year) **09/25/1999** | I-94 # **894005018 06** |

| | |
|---|---|
| Current INS Status **Visa Overstay** | Expires on (month/day/year) **03/24/2000** |

### Part 2. Application Type.     *(Check one)*

I am applying for adjustment to permanent resident status because

a. ☒ an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice-- or a relative, special immigrant juvenile, or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.)

b. ☐ My spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children.

c. ☐ I entered as a K-1 fiance(e) of a U.S. citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiance(e) [Attach a copy of the fiance(e) petition approval notice and the marriage certificate.]

d. ☐ I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. ☐ I am a native or citizen of Cuba admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

f. ☐ I am the husband, wife, or minor unmarried child of a Cuban described in (e) and am residing with that person, and was admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least on year.

g. ☐ I have continuously resided in the U.S. since before January 1, 1972.

h. ☐ Other basis of eligibility. Explain. (If additional space is needed, use a separate piece of paper.)

I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the U.S. as a nonimmigrant or parolee, or as of May 2, 1964, whichever date is later, and:     *(Check one)*

i. ☐ I am a native or citizen of Cuba and meet the description in (e), above.

j. ☐ I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

### FOR INS USE ONLY

| Returned | Receipt |
|---|---|
| | |
| Resubmitted | |
| | |
| Reloc Sent | |
| | |
| Reloc Rec'd | |
| | |

☐ Applicant Interviewed

**Section of Law**
☐ See 209(b), INA
☐ Sec. 13, Act of 9/11/57
☐ Sec. 245, INA
☐ Sec. 249, INA
☐ Sec. 1 Act of 11/2/66
☐ Sec. 2 Act of 11/2/66
☐ Other

**Country Chargeable**

**Eligibility Under Sec. 245**
☐ Approved Visa Petition
☐ Dependent of Principal Alien
☐ Special Immigrant
☐ Other

**Preference**

**Action Block**

**To Be Completed by Attorney or Representative, if any**

☒ Fill in box if G-28 is attached to represent the applicant
VOLAG#
ATTY State License # **552437**

Continued on back.

Form I-485 (Rev. 02/07/00)N Page 1

## Part 3.  Processing Information

| A.  City/Town/Village of Birth     Ipameri | Current occupation     Housekeeping |
|---|---|
| Your mother's first name     Iraci | Your father's first name     Heitor |

Give your name exactly how it appears on your Arrival/Departure Record (Form I-94)

Carvalho, Genetriz

| Place of last entry into the U.S. (City/State)<br><br>Miami, Florida | In what status did you last enter?     *(Visitor, Student, exchange alien, crewman, temporary worker, without inspection, etc.)* |
|---|---|
| Were you inspected by a U.S. Immigration Officer?     ☒ Yes   ☐ No | Visitor - B2 |
| Nonimmigrant Visa Number     29299477 | Consulate where Visa was issued  Brasilia |
| Date Visa was issued (month/day/year)     01/22/1999 | Sex:   ☐ Male   ☒ Female | Marital Status   ☒ Married   ☐ Single   ☐ Divorced   ☐ Widowed |

Have you ever before applied for permanent resident status in the U.S.?     ☐ No   ☒ Yes If you checked "Yes," give date and place of filing and final disposition.

**B.**  List your present husband/wife, all of your sons and daughters (if you have none, write "none". If additional space is needed, use separate paper).

| Family Name   Lamb | Given Name   Earl | Middle Initial   T. | Date of Birth (month/day/year)   01/29/1966 |
|---|---|---|---|
| Country of Birth   USA | Relationship   Husband | A #   USC | Applying with you?   ☐ Yes   ☒ No |
| Family Name   Lamb | Given Name   Britteny | Middle Initial | Date of Birth (month/day/year)   02/17/1995 |
| Country of Birth   USA | Relationship   StepDaughter | A #   USC | Applying with you?   ☐ Yes   ☒ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with you?   ☐ Yes   ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with you?   ☐ Yes   ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with you?   ☐ Yes   ☐ No |

**C.**  List your present and past membership in or affiliation with every political organization, association, fund, foundation, party, club, society, or similar group in the United States or in other places since your 16th birthday. Include any foreign military service in this part. If none, write "none". Include the name(s) of organization(s), location(s), dates of membership from and to, and the nature of the organization(s). If additional space is needed, use a separate piece of paper.

None

## Part 3.  Processing Information    *(Continued)*

Please answer the following questions. (If your answer is "Yes" on any one of these questions, explain on a separate piece of paper. Answering "Yes" does not necessarily mean that you are not entitled to register for permanent residence or adjust status).

1.  Have you ever, in or outside the U.S.:
    a.  knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested? ☐ Yes ☒ No
    b.  been arrested, cited, charged, indicted, fined, or imprisoned for breaking or violating any law or ordinance, excluding traffic violations? ☐ Yes ☒ No
    c.  been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action? ☐ Yes ☒ No
    d.  exercised diplomatic immunity to avoid prosecution for a criminal offense in the U.S.? ☐ Yes ☒ No

2.  Have you received public assistance in the U.S. from any source, including the U.S. government or any state, county, city, or municipality (other than emergency medical treatment), or are you likely to receive public assistance in the future? ☐ Yes ☒ No

3.  Have you ever:
    a.  within the past 10 years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future? ☐ Yes ☒ No
    b.  engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling? ☐ Yes ☒ No
    c.  knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the U.S. illegally? ☐ Yes ☒ No
    d.  illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any controlled substance? ☐ Yes ☒ No

4.  Have you ever engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or funds for, or have you through any means ever assisted or provided any type of material support to, any person or organization that has ever engaged or conspired to engage, in sabotage, kidnapping, political assassination, hijacking, or any other form of terrorist activity? ☐ Yes ☒ No

5.  Do you intend to engage in the U.S. in:
    a.  espionage? ☐ Yes ☒ No
    b.  any activity a purpose of which is opposition to, or the control or overthrow of, the Government of the United States, by force, violence or other unlawful means? ☐ Yes ☒ No
    c.  any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information? ☐ Yes ☒ No

6.  Have you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party? ☐ Yes ☒ No

7.  Did you, during the period March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or otherwise participate in the persecution of any person because of race, religion, national origin or political opinion? ☐ Yes ☒ No

8.  Have you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person because of race, religion, nationality, ethnic origin, or political opinion? ☐ Yes ☒ No

9.  Have you ever been deported from the U.S., or removed from the U.S. at government expense, excluded within the past year, or are you now in exclusion or deportation proceedings? ☐ Yes ☒ No

10. Are you under a final order of civil penalty for violating section 274C of the Immigration Act for use of fraudulent documents or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other documentation, entry into the U.S., or any other immigration benefit? ☒ Yes ☐ No

11. Have you ever left the U.S. to avoid being drafted into the U.S. Armed Forces? ☐ Yes ☒ No

12. Have you ever been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement and not yet complied with that requirement or obtained a waiver? ☐ Yes ☒ No

13. Are you now withholding custody of a U.S. Citizen child outside the U.S. from a person granted custody of the child? ☐ Yes ☒ No

14. Do you plan to practice polygamy in the U.S.? ☐ Yes ☒ No

*Continued on back*                                    Form I-485 (Rev. 02/07/00)N Page 3

**Part 4.  Signature.**   *(Read the information on penalties in the instructions before completing this section. You must file this application while in the United States.)*

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct. I authorize the release of any information from my records which the INS needs to determine eligibility for the benefit I am seeking.

**Selective Service Registration.  The following applies to you if you are a man at least 18 years old,  but not yet 26 years old,  who is required to register with the Selective Service System:**  I understand that my filing this adjustment of status application with the Immigration and Naturalization Service authorizes the INS to provide certain registration information to the Selective Service System in accordance with the Military Selective Service Act. Upon INS acceptance of my application, I authorize INS to transmit to the Selective Service System my name, current address, Social Security number, date of birth and the date I filed the application for the purpose of recording my Selective Service registration as of the filing date. If, however, the INS does not accept my application, I further understand that, if so required, I am responsible for registering with the Selective Service by other means, provided I have not yet reached age 26.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| *Genitriz B Lamb* | Genetriz Lamb | 02/06/2003 | 978-263-7376 |

*Please Note:  If you do not completely fill out this form, or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.*

**Part 5.  Signature of person preparing form if other than above.**    *(Sign Below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| *[signature]* | Anthony Drago, Esq. | 3-24-03 | 617-357-0400 |
| Firm Name and Address | Law Office of Anthony Drago 35 India Street, Boston, MA 02110 | | |

Form I-485 (Rev. 02/07/00)N Page 4

**Addendum for Form I-485   LAMB, Genetriz**

Addendum to I-485 Page 2 Part 3A Prior Visa
Applied for permanent residency in New York, the case was denied on March 12, 1996.

OMB No. 1115-0048

U.S. Department of Justice
Immigration and Naturalization Service

# Application for Waiver of Ground of Excludability

| DO NOT WRITE IN THIS BLOCK | | |
|---|---|---|
| ☐ 212 (a) (1) | ☐ 212 (a) (10) | Fee Stamp |
| ☐ 212 (a) (3) | ☐ 212 (a) (12) | |
| ☐ 212 (a) (6) | ☐ 212 (a) (19) | |
| ☐ 212 (a) (9) | ☐ 212 (a) (23) | |

**A. Information about applicant**

1. Family Name(Surname in CAPS)    (First)    (Middle)

LAMB    Genetriz    Borges

2. Address (Number and Street)    (Apartment Number)

9 Davis Road    C-16

3. (Town or City)   (State/Country)   (Zip/Postal Code)

Acton    MA    01720

4. Date of Birth *(Month/Day/Year)*    5. INS File Number

10/30/1949    A-73-156-783

6. City of Birth    7. Country of Birth

Ipameri    Brazil

8. Date of Visa Application    9. Visa Applied for at:

2003    Boston, MA

10. Applicant was declared inadmissible to the United States for the following reasons: (List acts, convictions, or physical or mental conditions. If applicant has active or suspected tuberculosis, page 2 of this form must be fully completed.)

In 1994 Applicant applied for adjustment of status in New York using

documents which were false.

11. Applicant was previously in the United States, as follows:

City & State    From(Date)    To(Date)    INS Status

**B. Information about relative, through whom applicant claims eligibility for a waiver**

1. Family Name (Surname in CAPS)    (First)    (Middle)

LAMB    Earl    Tyson

2. Address (Number and Street)    (Apartment Number)

9 Davis Road    C-16

3. (Town or City)   (State/Country)   (Zip/Postal Code)

Acton    MA    01720

4. Relationship to applicant    5. INS Status

Husband    USC

**C. Information about applicant's other relatives in the U.S.**
*(List only U.S. citizens and permanent residents)*

1. Family Name (Surname in CAPS)    (First)    (Middle)

Lamb    Brittney    A.

2. Address (Number and Street)    (Apartment Number)

3. (Town or City)   (State/Country)   (Zip/Postal Code)

Dover    Delaware

4. Relationship to applicant    5. INS Status

StepDaughter

1. Family Name(Surname in CAPS)    (First)    (Middle)

2. Address (Number and Street)    (Apartment Number)

3. (Town or City)   (State/Country)   (Zip/Postal Code)

4. Relationship to applicant    5. INS Status

1. Family Name(Surname in CAPS)    (First)    (Middle)

2. Address (Number and Street)    (Apartment Number)

3. (Town or City)   (State/Country)   (Zip/Postal Code)

4. Relationship to applicant    5. INS Status

Signature (of applicant or petitioning relative)    2/24/03

Relationship to applicant    Date

Signature (of person preparing application, if not the applicant or petitioning relative) I declare that this document was prepared by me at the request of the applicant, or petitioning relative, and is based on all information of which I have any knowledge.

Signature

Address    Date

35 India Street, Boston MA 02110    3/24/03

12. Applicant's Social Security Number (if any)

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

| FOR INS USE ONLY. DO NOT WRITE IN THIS AREA. | Initial receipt | Resubmitted | Relocated | | Completed | | |
|---|---|---|---|---|---|---|---|
| | | | Received | Sent | Approved | Denied | Returned |
| | | | | | | | |

Form I-601 (Rev. 01/16/02)Y

## AFFIDAVIT OF EARL T. LAMB

I, Earl T. Lamb, on oath do hereby depose and say:

1.     I am a United States citizen. I was born on January 29, 1966 in Key West, Florida. My social security number is 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 and I currently reside at 9 Davis Road - Unit C-16, Acton, Massachusetts with my wife, Genetriz Lamb. My wife and I own the condominium we live in and we have been married since December 21, 2001.

2.     I first met my wife in March, 2001 at a mutual friends and started dating shortly thereafter. Our relationship became serious after a few months and I moved in with Genetriz in August, 2001, a few months before we got married. Genetriz and I got married on December 21, 2001 and have been together since then. As I indicated we bought our home together and have a joint bank account plus other assets together. I have a daughter from a previous marriage and my daughter spends the summer with Genetriz and I and they have grown very close to each other because of the time we spend together when my daughter is with us.

3.     Since getting married Genetriz and I have come to rely on each other for emotional and financial support. I know that my wife filed Immigration papers in New York many years ago and that she needs a waiver for doing that in order to obtain her residence. If Genetriz's application to adjust status is not allowed I will suffer an extreme hardship. I become very depressed when thinking about not having my wife living with me. I was very happy to have met Genetriz after my first wife and I got divorced and get very upset at the thought of having to live without her. I do not want to be without my wife in the United States. I have not consulted with a doctor yet because I hope the INS will allow the waiver, but know that if the waiver is denied I will require medical attention due to having the stress of not living with and being with my wife.

4.     When we first started to do my wife's immigration papers we went to a man who is not an attorney and he delayed our case for over a year. After going through that and all the time we have spent together I could not imagine what living without Genetriz would be like. Also, my daughter would be very upset at having to spend the summer with me if Genetriz were not hear because she looks forward to being with the two of us when she comes to Massachusetts.

5.     My wife and I share everything together and need each other for support. If her application to adjust status is not allowed I will be very upset and will suffer an extreme hardship.

Signed under the pains and penalties of perjury this 24th day of February, 2003.

_____
Earl T. Lamb

# ANTHONY DRAGO, JR., P.C.*
35 INDIA STREET
2ND FLOOR
BOSTON, MASSACHUSETTS 02110

TELEPHONE: 617-357-0400

FACSIMILE: 617-357-8353

*Also admitted in New York

February 19, 2004

U.S. Citizenship and Immigration Services
J.F.K. Federal Building - Government Center
Boston, MA 02203
Attn: Toni Swanson, Exams Officer

Re:  **Forms I-130/I-485 - Applications to Adjust Status- U.S. Citizen Petitioner**
     **Petitioner:    Earl Lamb (USC Petitioner)**
     **Beneficiary:  Genetriz B. Lamb - A73-156-783**

Dear Officer Swanson:

On November 4, 2003 you interviewed Earl Lamb, a U.S. citizen, and his wife, Genetriz B. Lamb regarding Mr. Lamb's visa petition and Mrs. Lamb's application to adjust status. My notes from the interview indicate that you approved the visa petition, but may want more documentation regarding the application to adjust status. However, in order to submit documentation I need an I-72.

To the extent you require additional information or documentation on the case please send me an I-72 so my clients and I can compile the documentation. Otherwise, kindly approve the case and issue an approval letter so we can both close our files.

Thank you for your attention to this matter.

Sincerely,

Anthony Drago

Cc:    Mr. and Mrs. Earl Lamb

THE LAW OFFICES OF

# ANTHONY DRAGO, JR., P.C.

Anthony Drago, Jr.*
Cynthia M. Vega**

‾ ‾ ‾ ‾ ‾ ‾
* Admitted in Massachusetts and New York
** Admitted in Maryland

35 INDIA STREET, 2ND FLOOR
BOSTON, MA 02110

(TEL) 617-357-0400
(FAX) 617-357-5353

October 11, 2004

U.S. Citizenship and Immigration Services
J.F.K. Federal Building - Government Center
Boston, MA 02203
Attn: Toni Swanson, Exams Officer

Re:    **Forms I-130/I-485 - Applications to Adjust Status- U.S. Citizen Petitioner**
       **Petitioner:    Earl Lamb (USC Petitioner)**
       **Beneficiary:  Genetriz B. Lamb - A73-156-783**

Dear Officer Swanson:

On November 4, 2003 you interviewed Earl Lamb, a U.S. citizen, and his wife, Genetriz B. Lamb regarding Mr. Lamb's visa petition and Mrs. Lamb's application to adjust status. My notes from the interview indicate that you approved the visa petition, but did not approve the application to adjust status.

Nearly one year has elapsed since the interview and no decision has been made. To the extent you require additional information or documentation on the case please contact me. Otherwise, kindly approve the case and issue an approval letter to my client with a copy to my office.

Thank you for your attention to this matter.

Sincerely,

Anthony Drago

Cc:    Mr. and Mrs. Earl Lamb

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) _Genetriz Borges Lamb v._
   _Alberto Gonzales, et, al_

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local
   rule 40.1(a)(1)).

   [ ] I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   [✓] II.  195, 196, 368, 400, 440, 444-446, 540, 550, 555, 625, 710, 720, 730,      *Also complete AO 120 or AO 121
            740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.             for patent, trademark or copyright cases

   [ ] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
            315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
            380, 385, 450, 891.

   [ ] IV.  220, 422, 423, 430, 460, 480, 490, 610, 620, 630, 640, 650, 660,
            690, 810, 861-865, 870, 871, 875, 900.

   [ ] V.   150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this
   district please indicate the title and number of the first filed case in this court.

   _____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
                                                                        YES [ ]    NO [✓]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC
   §2403)
                                                                        YES [ ]    NO [✓]
   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
                                                                        YES [ ]    NO [✓]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
                                                                        YES [ ]    NO [✓]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of
   Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
                                                                        YES [✓]    NO [ ]

   A.  If yes, in which division do all of the non-governmental parties reside?

       Eastern Division [✓]        Central Division [ ]        Western Division [ ]

   B.  If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies,
       residing in Massachusetts reside?

       Eastern Division [ ]        Central Division [ ]        Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes,
   submit a separate sheet identifying the motions)
                                                                        YES [ ]    NO [✓]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME _Anthony Drago Jr., Esq._
ADDRESS _35 India Street, Boston, MA 02110_
TELEPHONE NO. _(617) 357-0400_

(CategoryForm.wpd - 2/15/05)

%JS 44  (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Lamb, Genetriz B.

## DEFENDANTS
United States Attorney General, Alberto Gonzales, et al.

**(b)** County of Residence of First Listed Plaintiff  Middlesex
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  Suffolk
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Anthony Drago, Esq., Anthony Drago, Jr., P.C., 35 India Street, Boston MA 02110, (617)-357-0400

Attorneys (If Known)
U.S. Attorney's Office, 1 Courthouse Way, Suite 9200, Boston MA 02210

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☐ 3  Federal Question (U.S. Government Not a Party)
☒ 2  U.S. Government Defendant
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendants)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane  ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander  ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability  ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability  **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle  ☐ 370 Other Fraud  ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability  ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury  ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS**  **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting  ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment  **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations  ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare  ☐ 535 Death Penalty | | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment  ☒ 540 Mandamus & Other | | | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other  ☐ 550 Civil Rights  ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | | | |

## V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC Section 1361
Brief description of cause:
Madndamus action brought to compel US C.I.S. to adjudicate Plaintiffs' applications for waiver and adjustment.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE          DOCKET NUMBER

DATE          SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

GENETRIZ BORGES LAMB,
　　　Petitioner/Plaintiff

v.

ALBERTO GONZALES, Attorney General;
U.S. DEPARTMENT OF HOMELAND SECURITY;
and U.S. CITIZENSHIP AND IMMIGRATION
SERVICES,
　　　Respondents/Defendants.

05 - 10775 REK

)
)
)
)
)
)
)
)
)
)
)

CERTIFICATE OF SERVICE

I, Anthony Drago, hereby certify that on the 18th day of April, 2005, I served a copy of the attached Complaint for Writ of Mandamus upon the following service list:

Michael J. Sullivan, U.S. Attorney
U.S. Attorney's Office
U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Service
Office of the District Counsel
JFK Federal Bldg. - Room 425
Boston, MA 02203

U.S. Citizenship and Immigration Services
JFK Building
Government Center
Boston, MA 02203
Attn:　Denis Riordan, District Director

Said service was made in hand.

_____
Anthony Drago, Esq.