AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

**GENETRIZ BORGES LAMB,**

                         **SUMMONS IN A CIVIL CASE**

       V.                       CASE NUMBER:

**ALBERTO GONZALES, Attorney General;**
**U.S. DEPARTMENT OF HOMELAND SECURITY;**
**U.S. CITIZENSHIP AND IMMIGRATION**
**SERVICES;**

TO (Name and address of defendant)

Michael J. Sullivan, U.S. Attorney
U.S. Attorney's Office
U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anthony Drago, Jr., Esq.
Anthony Drago, Jr., P.C.
35 India Street
Boston, MA 02110
(617) 357-0400

an answer to the complaint which is herewith served upon you, within _____ 60 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK _[signature]_              DATE APR 18 2005

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 4/18/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Peter Collins | President, Privateer Courier Company |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served in hand at U.S. Attorney's Office, U.S. Courthouse, 1 Courthouse Way, Suite 9200, Boston MA 02110 - left copy.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/18/05
                Date

Signature of Server

Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.