UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENETRIZ BORGES LAMB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-10775-REK |
| ) | |
| ALBERTO GONZALES, U.S. Attorney ) | |
| General; U.S. DEPT. OF HOMELAND ) | |
| SECURITY; and U.S. CITIZENSHIP AND ) | |
| IMMIGRATION SERVICES, ) | |
| ) | |
| Defendants. ) | |

**ASSENTED TO MOTION FOR EXTENSION OF TIME
TO ANSWER AND/OR OTHERWISE RESPOND**

The defendants respectfully requests an extension of time up to, and including, August 4, 2005, to answer or otherwise respond to the plaintiff's Complaint. The current deadline for the defendants to respond to the plaintiff's complaint is June 20, 2004. Counsel for the United States conferred with counsel for the plaintiff on June 9, 2005. Counsel for the plaintiff assents to the extension of time.

Plaintiff is an individual seeking adjustment of their immigration status with the Bureau of Citizenship and Immigration Services (BCIS). Plaintiff brings this declaratory judgment action to compel BCIS, through a writ of mandamus, to adjudicate their applications for adjustment of status. The parties have agreed to the extension of time for the defendants to respond in hopes of resolving the dispute without further litigation.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney


                /s/ Jeffrey M. Cohen
      By:  Jeffrey M. Cohen
                Assistant U.S. Attorney
                John Joseph Moakley Federal Courthouse
                One Courthouse Way, Suite 9200
                Boston, MA   02210
                (617) 748-3100

Dated: June 13, 2005

## CERTIFICATION UNDER L.R. 7.1

    I, Jeffrey M. Cohen, Assistant United States Attorney, do hereby state that on June 9, 2005, I spoke with Attorney Anthony Drago and he assented to this Motion for Extension of Time.

                /s/ Jeffrey M. Cohen
                Jeffrey M. Cohen
                Assistant U.S. Attorney