UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10775 REK

| | |
|---|---|
| GENETRIZ BORGES LAMB,<br>    Plaintiff<br>v.<br><br>ALBERTO GONZALES, U.S. Attorney General;<br>U.S. DEPARTMENT OF HOMELAND SECURITY;<br>and U.S. CITIZENSHIP AND IMMIGRATION<br>SERVICES,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF VOLUNTARY DISMISSAL
(RULE 41(a)(1)(i))

Pursuant to the provisions of Federal Rules of Civil Procedure Rule 41 (a)(1)(i), Genetriz Borges Lamb, the Plaintiff herein, voluntarily dismisses with prejudice the above-entitled action as to Alberto Gonzales, the U.S. Department of Homeland Security and the U.S. Citizenship and Immigration Service, Defendants herein.

Respectfully submitted,
Genetriz Borges Lamb
By her attorney,

_____
Anthony Drago, Esq. (BBO#552437)
Anthony Drago, Jr., P.C.
35 India Street
Boston, MA 02110
(617) 357-0400

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10775-REK

| | |
|---|---|
| GENETRIZ BORGES LAMB,<br>    Petitioner/Plaintiff<br>    v.<br><br>ALBERTO GONZALES, Attorney General;<br>U.S. DEPARTMENT OF HOMELAND SECURITY;<br>and U.S. CITIZENSHIP AND IMMIGRATION<br>SERVICES,<br>    Respondents/Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I, Anthony Drago, hereby certify that on the 2nd day of August, 2005, I served a copy of the attached Notice of Voluntary Dismissal upon the following service list:

Jeffrey Cohen, Assistant U.S. Attorney
U.S. Attorney's Office
U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Said service was made by first class mail, postage prepaid.

_____
Anthony Drago, Esq.